IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

TYALEA CHANTRICE BRITT,           )
                                  )
            Petitioner,           )
                                  )
vs.                               )    No. CIV-06-701-W
                                  )
MILLICENT NEWTON EMBRY,           )
Warden,                           )
                                  )
            Respondent.           )

## ORDER

On January 31, 2007, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation in this matter and recommended that the Petition for Writ of Habeas Corpus ("Petition") filed pursuant to title 28, section 2254 of the United States Code by petitioner Tyalea Chantrice Britt be denied. Britt was advised of her right to object, and the matter now comes before the Court on Britt's Objection to the Report and Recommendation.

Britt was tried by a jury and convicted of first degree murder in the District Court of Oklahoma County, Oklahoma. The jury recommended that Britt be imprisoned for life without the possibility of parole, and the state trial court sentenced her accordingly. Britt appealed, and the Oklahoma Court of Criminal Appeals affirmed. Britt v. State, No. F-2003-1126 (Okla. Crim. August 4, 2005).

In the instant Petition, Britt has raised nine (9) grounds for relief, and upon de novo review of the record, including careful consideration of Britt's arguments that she was denied effective assistance of counsel and that the Oklahoma Court of Criminal Appeals' decision in Anderson v. State, 130 P.3d 273 (Okla. Crim. 2006), requires at least a new

sentencing hearing, the Court finds no grounds have been advanced that warrant the relief that Britt has requested.

Accordingly, the Court

(1) ADOPTS the Report and Recommendation issued on January 31, 2007;

(2) DENIES the Petition file-stamped June 29, 2006; and

(3) ORDERS that judgment in favor of the respondent, Millicent Newton-Embry, Warden, issue forthwith.

ENTERED this 28th day of February, 2007.

LEE R. WEST
UNITED STATES DISTRICT JUDGE